JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHI JOHNSON,<br>    Plaintiff,<br><br>          v.<br><br>LEOVIGILDO SANCHEZ, et al.,<br>    Defendants. | CV 23-6149 DSF (Ex)<br><br>Order REMANDING Case to State Court |

    Defendant Jabe Burton removed this case from state court based on federal question jurisdiction, 28 U.S.C. § 1331. The case is an unlawful detainer action and, on its face, does not present a federal question. Burton appears to argue that there is an embedded federal claim in the complaint because the state court has allegedly violated Burton's due process rights in the way it has managed the case. This claim does not present a federal question, and the Court lacks subject matter jurisdiction over the case.

    Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.

Date: August 4, 2023

                                                      Dale S. Fischer
                                                      United States District Judge